UNITED STATES DISTRICT COURT

WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **TAMARA MOORE,** | ) | |
|     **Plaintiff** | ) | No. **C08-05762-RBL-JRC** |
| **v.** | ) | |
| | ) | **ORDER** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
|     **Defendant.** | ) | |

Pursuant to the parties' agreed motion, it is hereby ordered that the scheduling order in this case be amended so that Plaintiff's opening brief is due on April 29, 2009, Defendant's brief on May 29, 2009, and Plaintiff's optional reply brief on June 12, 2009.

Dated this 28th day of April, 2009.

J. Richard Creatura
United States Magistrate Judge