UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMARA MOORE,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C08-5762 RBL-JRC<br><br>ORDER GRANTING SECOND AMENDMENT OF THE SCHEDULING ORDER |

Based upon the agreed motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Defendant shall have up to and including July 27, 2009 to file Defendant's response to Plaintiff's Opening Brief. Plaintiff's optional Reply Brief shall be filed on or before August 10, 2009. Any request for oral argument shall be submitted no later than August 17, 2009.

DATED this 26th day of June, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1