IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA MOORE,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:08-CV-5762-RBL-JRC<br><br><br>ORDER FOR REMAND |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits and supplemental security income under Titles II and XVI of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will hold a *de novo* hearing and Plaintiff may raise any issue. In particular, the ALJ will consider lay statements from Plaintiff's mother and complete the sequential evaluation process.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 10th day of July, 2009.

                                                                                _____
                                                                                RONALD B. LEIGHTON
                                                                                UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/_____
J. Richard Creatura
United States Magistrate Judge