United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA K MOORE, | ) |
|        Plaintiff, | ) CIVIL NO. C08-5762RBL ) |
| vs. | ) ORDER FOR EAJA FEES, COSTS AND ) EXPENSES ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ） |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,215.01, payable to Plaintiff's attorney Victoria Chhagan; and it is further

//

//

//

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5762RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1  ORDERED that Plaintiff is hereby awarded EAJA fees of $777.83 and expenses of 35.86 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

DATED this 14th day of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5762RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055